IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JONATHAN COOPER — PETITIONER

V. — CAUSE NO. 4:26-CV-00007-SA-JMV

STATE OF MISSISSIPPI, et al. — RESPONDENTS

# FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Respondents' motion [17] to dismiss is GRANTED, and the instant petition is DISMISSED with prejudice as untimely filed. A certificate of appealability is further DENIED.

SO ORDERED, this the 21st day of September, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE